## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brock Fredin,                                              Civil No. 19-2907 (DWF/ECW)

          Plaintiff,

                                                  **ORDER**

v.

Grace Miller,

          Defendant.

The above matter comes before the Court upon the Rreport and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 3, 2019 (Doc. No. [5]).  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background is clearly and precisely set forth in the Rerport and Recommendation and is incorporated by reference.  Based on the Report and Recommendation of the Magistrte Judge and upon all the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

    1.     Magistrate Judge Wright's December 3, 2019 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

    2.     This matter is **REMANDED** to Minnesota District Court, Ramsey County.

    3.     Brock Fredin's applications to proceed *in forma pauperis* (Doc No. [2] and Doc. No. [3]) are **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 9, 2020                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge