# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Brock Fredin, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19cv2907 DWF/ECW |
| Grace Miller, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

1. Magistrate Judge Elizabeth Cowan Wright's December 3, 2019 Report and Recommendation (Doc. No. [5]), the Court's Order adopting the Report and Recommendation (Doc. No. [6]), and Judgment (Doc. No. [7]) are **VACATED**.
2. This matter is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. No. [4]).
3. Plaintiff's applications to proceed *in forma pauperis* (Doc. Nos. [2] and [3]) are **DENIED AS MOOT**.

| | |
|---|---|
| Date: 2/7/2020 | KATE M. FOGARTY, CLERK |
| | s/Jackie Ellingson |
| | (By)   Jackie Ellingson, Deputy Clerk |